## VILLANO v. NEW YORK TIMES CO.

(Supreme Court, Appellate Division, First Department.   April 3, 1914.)

APPEAL AND ERROR (§ 1177*)—DISPOSITION OF CAUSE—REVERSAL—ORDERING NEW TRIAL.

> In a negligence case where there is no competent evidence to support the findings of negligence and contributory negligence, the case will be reversed and a new trial ordered.

> [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4597–4604, 4606–4610; Dec. Dig. § 1177.*]

Appeal from Trial Term, New York County.

Action by Raffaele Villano, as administrator, against the New York Times Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and HOTCHKISS, JJ.

William A. Jones, Jr., of New York City, for appellant.
Rosario Maggio, of New York City, for respondent.

PER CURIAM. The verdict of the jury that the defendant was negligent and that plaintiff was free from contributory negligence was without competent evidence to support it.

It is also clear that the declarations of the deceased and Dunlap were incompetent, and were improperly received in evidence.

The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event.